AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Latrice Richards                  **JUDGMENT IN A CIVIL CASE**

         v.                  Case Number: 09 C 3063

Niagara Credit Solutions

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, Latrice Richards' motion to enforce the settlement agreement is granted. She is awarded a total of $5,625.00 ($4,000 + $1,625).

Michael W. Dobbins, Clerk of Court

Date: 3/12/2010

_____
/s/ Sandra L. Brooks, Deputy Clerk